# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION–INT'L ALLIANCE OF THEATRICAL STAGE EMPLOYEES & MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES & CANADA, LOCAL 720, PENSION TRUST<br><br>          Plaintiff(s),<br><br>vs.<br><br>ALUMIFAX, INC., et al.,<br><br>          Defendant(s). | Case No. 2:13-cv-0530-APG-NJK<br><br>ORDER DENYING EX PARTE APPLICATION<br>(Docket No. 17) |

Pending before the Court is Plaintiffs' *ex parte* application for an extension of time and to request service by publication. Docket No. 17. The Court has reviewed the materials presented and finds a hearing on the application unnecessary. *See* Local Rule 78-2. For the reasons discussed below, the application is hereby **DENIED** without prejudice.

Service by publication implicates a defendant's fundamental due process rights. *See, e.g.*, *Price v. Dunn*, 787 P.2d 785, 787 (Nev. 1990). Service by publication is generally disfavored. *See, e.g.*, *Dunmore v. Dunmore*, 2012 WL 4364454, *2 (E.D. Cal. 2012). Although Plaintiffs cite to Federal and Nevada Rules of Civil Procedure, the application fails to cite to any case law whatsoever analyzing service by process and supporting the pending request. As such, the *ex parte* application for service by publication is DENIED without prejudice so that Plaintiffs may present

fully developed arguments grounded in legal authority.

Similarly with respect to the request for an extension of time to serve by publication, Plaintiffs provide no case law in support of that request. As such, the *ex parte* application for an extension is DENIED without prejudice so that Plaintiffs may present fully developed arguments grounded in legal authority.

IT IS SO ORDERED.

DATED: July 29, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge