1

2

3

4

5

## UNITED STATES DISTRICT COURT

6

## DISTRICT OF NEVADA

7

\* \* \*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TRUSTEES OF THE NEVADA RESORT
ASSOCIATION—INTERNATIONAL
ALLIANCE OF THEATRICAL STAGE
EMPLOYEES AND MOVING PICTURE
MACHINE OPERATORS OF THE UNITED
STATES AND CANADA, LOCAL 720,
PENSION TRUST; TRUSTEES OF THE
NEVADA RESORT ASSOCIATION—
INTERNATIONAL ALLIANCE OF
THEATRICAL STAGE EMPLOYEES AND
MOVING PICTURE MACHINE
OPERATORS OF THE UNITED STATES
AND CANADA, LOCAL 720, WAGE
DISABILITY TRUST; and TRUSTEES OF
THE NEVADA RESORT ASSOCIATION—
INTERNATIONAL ALLIANCE OF
THEATRICAL STAGE EMPLOYEES AND
MOVING PICTURE MACHINE
OPERATORS OF THE UNITED STATES
AND CANADA, LOCAL 720,
APPRENTICE AND JOURNEYMAN
TRAINING AND EDUCATION TRUST,

Plaintiffs,

v.

ALUMIFAX, INC., a Nevada corporation;
ADVANCED ENTERTAINMENT
SERVICES, INC., a Nevada corporation;
DONALD DILLINGHAM, individually;
KAREN EDMUNDSON, individually; and
MATTHEW DILLINGHAM, individually,

Defendants.

Case No. 2:13-cv-0530-APG-NJK

**ORDER DISMISSING CERTAIN
DEFENDANTS**

On September 24, 2013, Plaintiff was advised by the court (Dkt. #22) that this action would be dismissed without prejudice as to Donald Dillingham and Karen Edmundson unless on or before October 24, 2013, Plaintiff filed proper proof of service or show good cause why such service was not timely made.  Plaintiff has failed to file proof of service or show good cause.  Nor has Plaintiff shown cause why this action should not be dismissed without prejudice as to those defendants for failure to effect timely service pursuant to FRCP 4(m).  Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is, **DISMISSED without prejudice** only as to defendants Donald Dillingham and Karen Edmundson.

Dated:  October 28, 2013.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE