# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST,<br><br>                                      Plaintiffs,<br><br>v.<br><br>ALUMIFAX, INC., a Nevada corporation; ADVANCED ENTERTAINMENT SERVICES, INC., a Nevada corporation; DONALD DILLINGHAM, individually; KAREN EDMUNDSON, individually; and MATTHEW DILLINGHAM, individually,<br><br>                                      Defendants. | Case No. 2:13-cv-0530-APG-NJK<br><br>**ORDER DISMISSING CERTAIN DEFENDANTS** |

On September 24, 2013, Plaintiff was advised by the court (Dkt. #22) that this action would be dismissed without prejudice as to Donald Dillingham and Karen Edmundson unless on or before October 24, 2013, Plaintiff filed proper proof of service or show good cause why such service was not timely made. Plaintiff has failed to file proof of service or show good cause. Nor has Plaintiff shown cause why this action should not be dismissed without prejudice as to those defendants for failure to effect timely service pursuant to FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is, **DISMISSED without prejudice** only as to defendants Donald Dillingham and Karen Edmundson.

Dated: October 28, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE