1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

9  TRUSTEES OF THE NEVADA RESORT
   ASSOCIATION–INT'L ALLIANCE OF )
10 THEATRICAL STAGE EMPLOYEES )
   & MOVING PICTURE MACHINE )
11 OPERATORS OF THE UNITED STATES & )
   CANADA, LOCAL 720, PENSION TRUST, )
12                                                    )
                        Plaintiff(s), )
13                                                    )
   vs.                                              )
14                                                    )
   ALUMIFAX, INC., et al.,                )
15                                                    )
                        Defendant(s). )
16 _____ )

Case No. 2:13-cv-0530-APG-NJK

ORDER SETTING TELEPHONIC
STATUS CONFERENCE

17    The parties' proposed pretrial order was due no later than February 3, 2014, *see* Docket No.

18 16, but was not filed.  Indeed, the parties have not made any filings in this case since October 3,

19 2013.  The Court hereby **SETS** a telephonic status conference for March 14, 2014, at 10:15 a.m.

20 Counsel shall call the Court conference line at 702-868-4906 at least five minutes prior to the

21 hearing.  The conference code is 123456.  In order to ensure a clear recording of the hearing, the call

22 must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are

23 prohibited.

24    IT IS SO ORDERED.

25    DATED: March 11, 2014

26

27                                                    _____
                                                    NANCY J. KOPPE
                                                    United States Magistrate Judge
28