**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail:  murban@theurbanlawfirm.com
   nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST<br><br>Plaintiffs,<br><br>vs.<br><br>ALUMIFAX, INC., a Nevada corporation; ADVANCED ENTERTAINMENT SERVICES, INC., a Nevada corporation; DONALD DILLINGHAM, individually; KAREN EDMUNDSON, individually; and MATTHEW DILLINGHAM, individually,<br><br>Defendants. | CASE NO:  2:13-cv-00530-APG-NJK<br><br>**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs, TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST, et al., and Defendants, ADVANCED ENTERTAINMENT SERVICES, INC., a Nevada corporation and MATTHEW DILLINGHAM, individually, by themselves and through their respective counsels of record, and subject to the approval and Order of the Court, as follows:

1. A full and final settlement of the above-entitled action has been entered into and agreed to by all parties. Therefore, the parties request that this action be dismissed without prejudice.

2. The parties have executed a Settlement Agreement and Mutual Release of Claims setting forth the terms of their agreement. The terms and conditions of the Settlement Agreement and Mutual Release of Claims, and all documents referred to or attached thereto, are incorporated herein by this reference.

3. The parties have agreed that this Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the Settlement Agreement and Mutual Release executed by the parties herein.

Dated: March 12th, 2014     **THE URBAN LAW FIRM**

By: */s/ Nathan R. Ring*
Nathan R. Ring, Nevada State Bar No. 12078
*Counsel for Plaintiffs*

Dated: March 12th, 2014     **FISHER & PHILLIPS, LLP**

By: */s/ David B. Dornak*
David B. Dornak, Nevada State Bar No. 6274
*Counsel for Defendants*

## **ORDER**

IT IS HEREBY ORDERED that the above-entitled case be dismissed without prejudice. The Court retains jurisdiction to enforce the terms of the settlement agreement of the parties.

DATED: March 13, 2014

_____
UNITED STATES DISTRICT JUDGE